# Court of Appeals
# of the State of Georgia

ATLANTA,  August 01, 2017

*The Court of Appeals hereby passes the following order:*

## A17A1778.  SIM JAMES POPE, JR. v. THE STATE.

Sim James Pope, Jr. pled guilty to child molestation in 1999, and was sentenced to ten years probation subject to sex offender conditions and restrictions. This is Pope's fourth appearance before this Court.[1]  In the instant case, Pope has filed his third motion for release from sex offender registry requirement, which the trial court denied on March 6, 2017.  He filed the instant notice of appeal, but this Court lacks jurisdiction.

As we have previously advised Pope, OCGA § 5-6-35 (a) (5.2) provides that "[a]ppeals from decisions of superior courts granting or denying petitions for release pursuant to Code Section 42-1-19" must be taken by application for discretionary appeal.  Pope's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.

---

[1] See Case No. A07D0194, dismissed March 8, 2013 (untimely application from probation revocation); Case No. A13A1703, decided May 9, 2013 (dismissed direct appeal from denial of motion for release from sex offender requirements); Case No. A15A0322, decided February 19, 2015 (same).



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,__08/01/2017_____*
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*